257 So.2d 157

**Billy LONG**

v.

**Ethel CHILDRESS et al.**

No. 52117.

Feb. 11, 1972.

In re: Ethel Childress et al. applying for Certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caldwell. 255 So.2d 822.

Writ refused. On the facts found by the Court of Appeal, there is no error of law.

257 So.2d 158

**Oscar Lionel SMITH**

v.

**LOUISIANA BANK & TRUST COMPANY et al.**

No. 52138.

Feb. 11, 1972.

In re: Louisiana State Bond & Building Commission applying for Certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 255 So.2d 816.

Application not considered. Applicant has failed to timely apply for a rehearing in the Court of Appeal and hence, this court is without jurisdiction to consider—See Section II of Art. 7 of the Constitution.